# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-02921-3F7 JAF  
**Case Name:** TURNER, ANTHONY TODD  

**Period Ending:** 06/30/18

**Trustee:** (290790)   GREGORY L. ATWATER  
**Filed (f) or Converted (c):** 07/31/16 (f)  
**§341(a) Meeting Date:** 09/08/16  
**Claims Bar Date:** 12/07/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>  2375 GOLF VIEW DRIVE<br>  FLEMING ISLAND, FL | 228,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2011 ACURA TL | 14,169.00 | 0.00 | | 0.00 | FA |
| 3 | 2013 HONDA PILOT | 16,575.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,700.00 | 0.00 | | 0.00 | FA |
| 5 | MENS CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 6 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 7 | CHECKING | 2,950.54 | 0.00 | | 0.00 | FA |
| 8 | IRA - DEUTSCHE BANK | 2,980.18 | 0.00 | | 0.00 | FA |
| 9 | IRA - AUTOROLLOVER (BPAS) | 3,428.21 | 0.00 | | 0.00 | FA |
| 10 | IRA - AMERIPRISE | 7,580.15 | 0.00 | | 0.00 | FA |
| 11 | IRA - MASS MUTUAL | 11,160.43 | 0.00 | | 0.00 | FA |
| 12 | IRA - USAA | 4,769.05 | 0.00 | | 0.00 | FA |
| 13 | 2016 INCOME TAX REFUND  (u) | 0.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 13 | **Assets**    Totals  (Excluding unknown values) | **$293,482.56** | **$3,000.00** | | **$0.00** | **$3,000.00** |

**Major Activities Affecting Case Closing:**

  TRUSTEE IS INVESTIGATING POSSIBLE INTEREST IN PAST CORPORATIONS AND TAX REFUND.

  9-8-2016  LETTER MAILED TO EUGENE JOHNSON TO REVIEW FILE.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 16-02921-3F7 JAF | Trustee: | (290790) GREGORY L. ATWATER |
| --- | --- | --- | --- |
| Case Name: | TURNER, ANTHONY TODD | Filed (f) or Converted (c): | 07/31/16 (f) |
| | | §341(a) Meeting Date: | 09/08/16 |
| Period Ending: | 06/30/18 | Claims Bar Date: | 12/07/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

9-21-2016  APPLICATION TO EMPLOY EUGENE H. JOHNSON AS ATTORNEY FOR THE ESTATE FILED.

9-22-2016  ORDER AUTHORIZING TRUSTEE TO EMPLOY EUGENE H. JOHNSON AS ATTORNEY FOR THE ESTATE ENTERED.

11-2-2016  2004 EXAMINATION HELD BY ATTORNEY FOR THE ESTATE.

4-4-2017  ATTORNEY FOR THE ESTATE CONTINUES TO INVESTIGATE ASSETS.

6-26-2017  ATTORNEY FOR THE ESTATE IS CONTINUING TO WORK WITH DEBTOR'S COUNSEL ON CORPORATE DOCUMENTS AND TAX RECORDS.

12-5-2017  ATTORNEY FOR THE ESTATE IS CONTINUING TO INVESTIGATE THE DEBTOR'S BUSINESS INTEREST.

5-16-2018  TRUSTEE AND ATTORNEY FOR THE ESTATE ARE REVIEWING THE POSSIBLE AVENUES FOR RECOVERY OF CORPORATE ASSETS.

**Initial Projected Date Of Final Report (TFR):** December 30, 2016        **Current Projected Date Of Final Report (TFR):** December 30, 2018